**Anthony THRASH, Plaintiff–Appellant**

**v.**

**Dustin McDANIEL, in his individual and official capacity as Arkansas State Attorney General; Jim Hannah, Chief Justice, Arkansas Supreme Court; Karen R. Baker, Justice, Arkansas Supreme Court; Donald L. Corbin, Justice, Arkansas Supreme Court; Paul E. Danielson, Justice, Arkansas Supreme Court; Courtney Hudson–Goodson, Justice, Arkansas Supreme Court; Josephine L. Hart, Justice, Arkansas Supreme Court; Cliff Hoofman, Justice, Arkansas Supreme Court, Defendants–Appellees.**

No. 14–2534.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 19, 2014.

Filed: Sept. 30, 2014.

Anthony Thrash, Brickeys, AR, pro se.

Before LOKEN, MELLOY, and GRUENDER, Circuit Judges.

PER CURIAM.

Arkansas prisoner Anthony Thrash appeals the district court's[1] preservice dis-

1. The Honorable Kristine G. Baker, United States District Judge for the Eastern District

missal of his 42 U.S.C. § 1983 action challenging Arkansas's procedures for issuing writs of error coram nobis. Following careful review of the record and Thrash's brief, we conclude that, for the reasons explained in the district court's order, the court did not err in dismissing the action for failure to state a claim. *See* 28 U.S.C. §§ 1915A(b), 1915(e)(2)(B); *Cooper v. Schriro,* 189 F.3d 781, 783 (8th Cir.1999) (per curiam) (de novo review). Accordingly, we affirm. *See* 8th Cir. R. 47B.